IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01176-PAB-KLM

SAMUEL R. WEDERSKI,

    Plaintiff,

v.

JEFFREY BACON, individually and in his official capacity as Acting Doctor for the Logan County Jail,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss Plaintiff's Amended Prisoner Complaint [Doc. #14]** [Docket No. 32; Filed November 27, 2012] (the "Initial Motion") and on Defendant's **Amended Motion to Dismiss Plaintiff's Amended Prisoner Complaint [Doc. #14]** [Docket No. 34; Filed November 29, 2012] (the "Amended Motion"). Based on filing of the Amended Motion [#34],

    IT IS HEREBY **ORDERED** that the Initial Motion [#32] is **DENIED as moot**.

    In addition, Plaintiff's Response to the Amended Motion [#34] was due on or before December 20, 2012. To date, Plaintiff has failed to file a Response. Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff shall file a Response to the Amended Motion [#34] **on or before February 5, 2013**. Failure to do so may result in a recommendation that his case be dismissed for failure to prosecute.

    Dated: January 15, 2013