**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01176-PAB-KLM

SAMUEL R. WEDERSKI,

    Plaintiff,

v.

JEFFREY BACON, individually and in his official capacity as acing doctor for the Logan County Jail,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 57] of Judge Philip A. Brimmer entered on June 26, 2013 it is

    ORDERED that the Recommendation of United States Magistrate Judge Kristen L. Mix  [Docket No. 54] is ACCEPTED.  It is

    FURTHER ORDERED that  Defendant Bacon's Amended Motion to Dismiss Plaintiff's Amended Prisoner Complaint [Docket No. 34] is GRANTED.  It is

    FURTHER ORDERED that this case is dismissed without prejudice.

Dated at Denver, Colorado this 27th day of June, 2013.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
        ―――――――――――――――――――

        Edward P. Butler
        Deputy Clerk